(Official Form 1) (9/97)

| FORM B1 | UNITED STATES BANKRUPTCY COURT DISTRICT OF CONNECTICUT | **Voluntary Petition** |
|---|---|---|

| NAME OF DEBTOR (if individual, enter Last, First Middle): *Lavitt, Mark Crosby* | NAME OF JOINT DEBTOR (Spouse) (Last, First, Middle): |
|---|---|
| ALL OTHER NAMES USED BY THE DEBTOR IN THE LAST 6 YEARS (include married, maiden, and trade names): *NONE* | ALL OTHER NAMES USED BY THE JOINT DEBTOR IN THE LAST 6 YEARS (include married, maiden, and trade names): *04-21952* |
| SOC. SEC./TAX I.D. NO. (if more than one, state all): *4520* | SOC. SEC./TAX I.D. NO. (if more than one, state all): |
| STREET ADDRESS OF DEBTOR: *803 Flanders Road Coventry, CT 06238*          Ph: | STREET ADDRESS OF JOINT DEBTOR: *$209 #264514* |
| COUNTY OF RESIDENCE OR OF THE PRINCIPAL PLACE OF BUSINESS: *Tolland County* | COUNTY OF RESIDENCE OR OF THE PRINCIPAL PLACE OF BUSINESS: |
| MAILING ADDRESS OF DEBTOR: *SAME* | MAILING ADDRESS OF JOINT DEBTOR: |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (if different from street address above): *NOT APPLICABLE*

## Information Regarding the Debtor (Check the Applicable Boxes)

VENUE (Check any applicable box)
[X] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
[ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| TYPE OF DEBTOR (Check all boxes that apply) | CHAPTER OR SECTION OF BANKRUPTCY CODE UNDER WHICH THE PETITION IS FILED (Check one box) |
|---|---|
| [X] Individual(s)        [ ] Railroad<br>[ ] Corporation       [ ] Stockbroker<br>[ ] Partnership       [ ] Commodity Broker<br>[ ] Other _____ | [X] Chapter 7    [ ] Chapter 11   [ ] Chapter 13<br>[ ] Chapter 9    [ ] Chapter 12<br>[ ] Sec. 304 - Case ancillary to foreign proceeding |

| NATURE OF DEBTS (Check one box)<br>[X] Consumer/Non-Business   [ ] Business | FILING FEE (Check one box)<br>[X] Full Filing Fee attached |
|---|---|
| CHAPTER 11 SMALL BUSINESS (Check all boxes that apply)<br>[ ] Debtor is a small business as defined in 11 U.S.C. S101<br><br>[ ] Debtor is and elects to be considered a small business under 11 U.S.C. S1121(e) (Optional) | [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments.<br>Rule 1006(b). See Official Form No. 3. |

STATISTICAL/ADMINISTRATIVE INFORMATION (Estimates Only)
[ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
[X] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

ESTIMATED NO. OF CREDITORS:   [X] *16-49*
ESTIMATED ASSETS (thousands):  [X] *$100,001 to $500,000*
ESTIMATED DEBTS (thousands):   [X] *$1,000,001 to $10 million*

(Official Form 1) (12/03) West Group, Rochester, NY

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br><br>*Lavitt* | FORM B1,  Page 2 |
|---|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years** (if more than one, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:<br><br>*NONE* | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br><br>*NONE* | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Mark P. Lavitt_
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_6-24-04_
Date

### Signature of Attorney

X _[signature]_
Signature of Attorney for Debtor(s)

Anthony S. Novak ct09074
Printed Name of Attorney for Debtor(s)

Chorches & Novak, P.C.
Firm Name

1260 Silas Deane Highway #100
Address

Wethersfield CT  06109

860-257-1980      _6-24-04_
Telephone Number        Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)

☐   Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _[signature]_         _6-24-04_
Signature of Attorney for Debtor(s)      Date

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health and safety?

☐   Yes, and exhibit C is attached and made a part of this petition.
☒   No

### Signature of Non-Attorney Petition Preparer
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF CONNECTICUT

In re  *Mark Crosby Lavitt*

Case No.
Chapter 7
_____ / Debtor

Attorney for Debtor: Anthony S. Novak

### STATEMENT Pursuant to Rule 2016(b)

The undersigned, pursuant to Rule 2016(b), Rules of Bankruptcy Procedure, states that:

1. The undersigned is the attorney for the debtor(s) in this case.

2. The compensation paid or promised by the Debtor(s), to the undersigned, is as follows:
   a) For legal services rendered, or to be rendered in contemplation of
      and in connection with this case . . . . . . . . . . . . . . . . $ 1,800.00
   b) Prior to the filing of this Statement, Debtor(s) has paid. . . . . . . .    0.00
   c) Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1,800.00
   *Additional legal fees at the firm's usual hourly rates for services rendered in adversary proceedings, contested matters and any other court matters after the First Meeting of Creditors, as approved and allowed by the Court.*

3. The Filing Fee *has been paid.*

4. The Services rendered or to be rendered include the following:
   a) Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under Title 11, U.S.C.
   b) Preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.
   c) Representation of the debtor(s) at the first meeting of creditors.

5. The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and *none other.*

6. The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and *none other.*

7. The undersigned has received no transfer, assignment or pledge of property except the following for the value stated:
   *None.*

8. The undersigned has not shared or agreed to share with any other entity, other than with members of the undersigned's law firm, any compensation paid or to be paid except as follows: *None.*

Dated:  C 24 04

Respectfully submitted,

Attorney for Petitioner: Anthony S. Novak
                          *Chorches & Novak, P.C.*
                          *1260 Silas Deane Highway*
                          *Wethersfield, CT 06109*

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Court employees are prohibited from giving you legal advice.

**Chapter 7:** Liquidation ($130 filing fee plus $45 administrative fee)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2. Under chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to the priorities of the Bankruptcy Code.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5. Under certain circumstances you may keep property that you have purchased subject to valid security interest. Your attorney can explain the options that are available to you.

**Chapter 13:** Repayment of All or Part of the Debts of an Individual with Regular Income ($130 filing fee plus $30 administrative fee)

1. Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually, the period allowed by the court to repay your debts is three years, but no more than five years. Your plan must be approved by the court before it can take effect.

3. Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4. After completion of payments under your plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

**Chapter 11:** Reorganization ($800 filing fee plus $30 administrative fee)

Chapter 11 is designed primarily for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12:** Family farmer ($200 filing fee plus $30 administrative fee)

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm.

I, the debtor, affirm that I have read this notice.

| | | |
|---|---|---|
| 6-24-04 | Mark O. Smith | |
| Date | Signature of Debtor | Case Number |

Debtor Copy / Court Copy
(B 201 Rev 4/98)

## STATEMENT OF INFORMATION REQUIRED BY 11 U.S.C. S341

### INTRODUCTION

Pursuant to the Bankruptcy Reform Act of 1994, the Office of the United States Trustee, United States Department of Justice, has prepared this information sheet to help you understand some of the possible consequences of filing a bankruptcy petition under chapter 7 of the Bankruptcy Code. This information is intended to make you aware of . . .

(1)  the potential consequences of seeking a discharge in bankruptcy, including the effects on credit history;
(2)  the effect of receiving a discharge of debts;
(3)  the effect of reaffirming a debt; and
(4)  your ability to file a petition under a different chapter of the Bankruptcy Code.

There are many other provisions of the Bankruptcy Code that may affect your situation. This information sheet contains only general principles of law and is not a substitute for legal advice. If you have questions or need further information as to how the bankruptcy laws apply to your specific case, you should consult with your lawyer.

### WHAT IS A DISCHARGE?

The filing of a chapter 7 petition is designed to result in a discharge of most of the debts you listed on your bankruptcy schedules. A discharge is a court order that says you do not have to repay your debts, but there are a number of exceptions. Debts which may not be discharged in your chapter 7 case include, for example, most taxes, child support, alimony, and student loans; court-ordered fines and restitution; debts obtained through fraud or deception; and personal injury debts caused by driving while intoxicated or taking drugs. Your discharge may be denied entirely if you, for example, destroy or conceal property; destroy, conceal or falsify records; or make a false oath. Creditors cannot ask you to pay any debts which have been discharged. You can only receive a chapter 7 discharge once every six (6) years.

### WHAT ARE THE POTENTIAL EFFECTS OF A DISCHARGE?

The fact that you filed bankruptcy can appear on your credit report for as long as 10 years. Thus, filing a bankruptcy petition may affect your ability to obtain credit in the future. Also, you may not be excused from repaying any debts that were not listed on your bankruptcy schedules or that you incurred after you filed bankruptcy.

### WHAT ARE THE EFFECTS OF REAFFIRMING A DEBT?

After you file your petition, a creditor may ask you to reaffirm a certain debt or you may seek to do so on your own. Re-affirming a debt means that you sign and file with the court a legally enforceable document, which states that you promise to repay all or a portion of the debt that may otherwise have been discharged in your bankruptcy case. Reaffirmation agreements must generally be filed with the court within 60 days after the first meeting of creditors.

Reaffirmation agreements are strictly voluntary -- they are not required by the Bankruptcy Code or other state or federal law. You can voluntarily repay any debt instead of signing a reaffirmation agreement, but there may be valid reasons for wanting to reaffirm a particular debt.

Reaffirmation agreements must not impose an undue burden on you or your dependents and must be in your best interest. If you decide to sign a reaffirmation agreement, you may cancel it at anytime before the court issues your discharge order or within sixty (60) days after the reaffirmation agreement was filed with the court, whichever is later. If you reaffirm a debt and fail to make the payments required in the reaffirmation agreement, the creditor can take action against you to recover any property that was given as security for the loan and you may remain personally liable for any remaining debt.

### OTHER BANKRUPTCY OPTIONS

You have a choice in deciding what chapter of the Bankruptcy Code will best suit your needs. Even if you have already filed for relief under chapter 7, you may be eligible to convert your case to a different chapter.

Chapter 7 is the liquidation chapter of the Bankruptcy Code. Under chapter 7, a trustee is appointed to collect and sell, if economically feasible, all property you own that is not exempt from these actions.

Chapter 11 is the reorganization chapter most commonly used by businesses, but it is also available to individuals. Creditors vote on whether to accept or reject a plan, which also must be approved by the court. While the debtor normally remains in control of the assets, the court can order the appointment of a trustee to take possession and control of the business.

Chapter 12 offers bankruptcy relief to those who qualify as family farmers. Family farmers must propose a plan to repay their creditors over a three-to-five year period and it must be approved by the court. Plan payments are made through a chapter 12 trustee, who also monitors the debtors' farming operations during the pendency of the plan.

Finally, chapter 13 generally permits individuals to keep their property by repaying creditors out of their future income. Each chapter 13 debtor writes a plan which must be approved by the bankruptcy court. The debtor must pay the chapter 13 trustee the amounts set forth in their plan. Debtors receive a discharge after they complete their chapter 13 repayment plan. Chapter 13 is only available to individuals with regular income whose debts do not exceed $1,077,000 ($269,250 in unsecured debts and $807,750 in secured debts).

### AGAIN, PLEASE SPEAK TO YOUR LAWYER IF YOU NEED FURTHER INFORMATION OR EXPLANATION, INCLUDING HOW THE BANKRUPTCY LAWS RELATE TO YOUR SPECIFIC CASE.

In re: _Mark Crosby Lavitt_ _____ / Debtor    Case No. _____

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | H W J C | Market Value of Debtor's Interest | Amount of Secured Claim |
|---|---|---|---|---|
| _3-family-837 Flanders Rd, Coventry_<br>    Debtor's Interest: _Fee simple_ | | | $ 208,000 | $ 644,729 |
| _803 Flanders Road, Coventry, CT_<br>    Debtor's Interest: _Fee simple_ | | | $ 265,000 | $ 739,023 |
| | | Total | $ 473,000 | |

In re: *Mark Crosby Lavitt* _____ / Debtor    Case No.

## SCHEDULE B - PERSONAL PROPERTY

| Description of Property | Location | H W J C | Market Value of Debtor's Interest Before Claim |
|---|---|---|---|

1.  Cash on hand.
    *Cash on hand*
        Location: *In debtor's possession*                                    $ 50

2.  Checking, savings or other financial accounts, certificates of
    deposits or shares in banks, savings, thrift, building and loan,
    and homestead associations, or credit unions, brokerage houses,
    or cooperatives.
    *1/2 int-checking account at Rockville Bank, Vernon, CT*
        Location: *In debtor's possession*                                  $ 1,000

3.  Security deposits with public utilities, telephone companies,
    landlords, and others.
    [x] NONE

4.  Household goods and furnishings, including audio, video, and
    computer equipment.
    *1/2 int-various household goods and furnishings*
        Location: *In debtor's possession*                                  $ 2,500

5.  Books; pictures and other art objects; antiques; stamp, coin,
    record, tape, compact disc, and other collections or collectibles.
    [x] NONE

6.  Wearing apparel.
    *Various clothing and personal possessions*                              $ 500
        Location: *In debtor's possession*

7.  Furs and jewelry.
    [x] NONE

8.  Firearms and sports, photographic, and other hobby equipment.
    [x] NONE

9.  Interests in insurance policies.
    [x] NONE

10. Annuities.
    [x] NONE

11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing
    plans.
    [x] NONE

In re: *Mark Crosby Lavitt* _____ / Debtor    Case No.

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Description of Property | Location | H W J C | Market Value of Debtor's Interest Before Claim |
|---|---|---|---|

12. Stock and interests in incorporated and unincorporated businesses.
    [x] NONE

13. Interests in partnerships or joint ventures.
    [x] NONE

14. Government and corporate bonds and other negotiable and non-negotiable instruments.
    [x] NONE

15. Accounts receivable.
    [x] NONE

16. Alimony, maintenance, support, and property settlements, to which the debtor is or may be entitled.
    [x] NONE

17. Other liquidated debts owing debtor including tax refunds.
    [x] NONE

18. Equitable and future interests, life estates, and rights of power exercisable for the benefit of the debtor other than those listed in Schedule of Real Property.
    [x] NONE

19. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust.
    [x] NONE

20. Other contingent and unliquidated claims of every nature, including tax refunds, counter claims of the debtor, and the rights to setoff claims.
    [x] NONE

21. Patents, copyrights, and other intellectual property.
    [x] NONE

22. Licenses, franchises, and other general intangibles.
    [x] NONE

23. Automobiles, trucks, trailers, and other vehicles and accessories.
    *1993 Toyota pickup 4-cyl., 205,000 miles*                     $ 1,100
             Location: *In debtor's possession*

In re: _Mark Crosby Lavitt_ _____ / Debtor      Case No. _____

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Description of Property | Location | H W J C | Market Value of Debtor's Interest Before Claim |
|---|---|---|---|

24. Boats, motors, and accessories.
    [x] NONE

25. Aircraft and accessories.
    [x] NONE

26. Office equipment, furnishings, and supplies.
    [x] NONE

27. Machinery, fixtures, equipment, and supplies used in business.
    [x] NONE

28. Inventory.
    [x] NONE

29. Animals.
    [x] NONE

30. Crops - growing or harvested.
    [x] NONE

31. Farming equipment and implements.
    [x] NONE

32. Farm supplies, chemicals, and feed.
    [x] NONE

33. Other personal property of any kind not already listed.
    [x] NONE

                                              Total      $ 5,150

In re: *Mark Crosby Lavitt* _____ / Debtor    Case No.

## SCHEDULE C - PROPERTY CLAIMED EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
[x] 11 USC 522(b)(1): Exemptions provided in 11 USC 522(d).

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property w/o Deducting Exemption |
|---|---|---|---|
| Cash on hand | | | $ 50 |
| *Cash on hand* | | | |
| | *11 U.S.C. 522(d)(5)* | $ 50 | |
| Deposits of money with banks, etc | | | $ 1,000 |
| *1/2 int-checking account at Rockville Bank, Vernon, CT* | | $ 800 | |
| | *11 U.S.C. 522(d)(5)* | | |
| | *11 USC 522(d)(5)* | $ 200 | |
| Household goods and furnishings | | | $ 2,500 |
| *1/2 int-various household goods and furnishings* | | | |
| | *11 USC 522(d)(3)* | $ 2,500 | |
| Wearing apparel | | | $ 500 |
| *Various clothing and personal possessions* | | | |
| | *11 USC 522(d)(3)* | $ 500 | |
| Automobiles, trucks, trailers, etc, and accessories | | | $ 1,100 |
| *1993 Toyota pickup 4-cyl., 205,000 miles* | | | |
| | *11 USC 522(d)(2)* | $ 1,100 | |

Any exemption not used may be applied on any assets of the
Petitioner(s), up to $10,225.00 each, under 11 USC 522(d)(5).

In re: *Mark Crosby Lavitt* _____ / Debtor   Case No.

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| Creditor Name and Address | Date, Nature of Lien, Description & Value | Claim Amount | Unsecured Portion and Notes* |
|---|---|---|---|
| 1. Account No.<br>C & S Distributors, Inc.<br>Attn George Tillinghast,Jr,Esq<br>P.O. Box 595<br>Glastonbury, CT 06033 | 6/98<br>Judgment Lien<br>803 Flanders Road, Coventry, CT<br>Value: $ 265,000.00 | $ 17,833.00 | $ 17,833.00 |
| 2. Account No.<br>Connecticut, State of<br>Dept. of Revenue Services<br>25 Sigourney Street<br>Hartford, CT 06106 | 1992-03<br>Blanket tax lien<br>3-family-837 Flanders Rd,Coventry<br>Value: $ 208,000.00 | $ 50,201.02 | $ 50,201.02 |
| 3. Account No.<br>Connecticut, State of<br>Dept. of Revenue Services<br>25 Sigourney Street<br>Hartford, CT 06106 | 1992-03<br>Blanket tax lien<br>803 Flanders Road, Coventry, CT<br>Value: $ 265,000.00 | $ 50,201.02 | $ 50,201.02 |
| 4. Account No.<br>Joseph Coughlin Trust<br>404 Third Avenue<br>Melbourne, FL | 6/98<br>Blanket 2nd mortgage<br>3-family-837 Flanders Rd,Coventry<br>Value: $ 208,000.00 | $ 100,000.00 | $ 2,153.72 |
| 5. Account No.<br>Joseph Coughlin Trust<br>404 Third Avenue<br>Melbourne, FL | 6/98<br>Blanket 2nd mortgage<br>803 Flanders Road, Coventry, CT<br>Value: $ 265,000.00 | $ 100,000.00 | $ 0.00 |
| 6. Account No.<br>DeSiato Sand & Gravel<br>Stafford Road<br>Storrs, CT | 1994<br>3rd mortgage<br>803 Flanders Road, Coventry, CT<br>Value: $ 265,000.00 | $ 25,000.00 | $ 25,000.00 |
| 7. Account No.<br>Internal Revenue Service<br>Attn Special Procedures<br>135 High Street, Stop 155<br>Hartford, CT 06103 | 1992-03<br>Blanket tax lien<br>803 Flanders Road, Coventry, CT<br>Value: $ 265,000.00 | $ 382,636.27 | $ 378,180.42 |

1 Continuation sheet attached                 Subtotal:   $ 725,871.31

In re: *Mark Crosby Lavitt* _____ / Debtor    Case No.

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| Creditor Name and Address | Date, Nature of Lien, Description & Value | Claim Amount | Unsecured Portion and Notes* |
|---|---|---|---|
| 8. Account No. <br> Internal Revenue Service <br> Attn Special Procedures <br> 135 High Street, Stop 155 <br> Hartford, CT 06103 | 1992-03 <br> Blanket tax lien <br> 3-family-837 Flanders Rd, Coventry <br> Value: $ 208,000.00 | $ 382,636.27 | $ 382,636.27 |
| 9. Account No. <br> M & M Oil, LLC <br> Attn Adam Shelton, Esq. <br> 1100 New Britain Avenue <br> Weset Hartford, CT 06110 | 11/02 <br> Judgment Lien <br> 803 Flanders Road, Coventry, CT <br> Value: $ 265,000.00 | $ 1,070.34 | $ 1,070.34 |
| 10. Account No. <br> Windham Community Hospital <br> 112 Mansfield Avenue <br> Willimantic, CT 06226 | 2002 <br> Judgment Lien <br> 803 Flanders Road, Coventry, CT <br> Value: $ 265,000.00 | $ 1,739.67 | $ 1,739.67 |
| Windham Community Hospital   Representing: Windham Community Hospital <br> Attn H. Schiff, Esq.(CNF54216) <br> P. O. Box 280245 <br> East Hartford, CT 06128 | | | |
| 11. Account No. <br> Windham Community Memorial <br> 112 Mansfield Avenue <br> Willimantic, CT 06226 | 2002 <br> Blanket judgment lien <br> 3-family-837 Flanders Rd, Coventry <br> Value: $ 208,000.00 | $ 1,739.67 | $ 1,739.67 |
| Windham Community Memorial   Representing: Windham Community Memorial <br> Attn H. Schiff, Esq.(CNF54216) <br> P. O. Box 280245 <br> East Hartford, CT 06128 | | | |
| 12. Account No. <br> WMC Mortgage Corp. <br> P. O. Box 551170 <br> Jacksonville, FL 32255-1170 | 6/98 <br> 1st mortgage <br> 3-family-837 Flanders Rd, Coventry <br> Value: $ 208,000.00 | $ 110,153.72 | $ 0.00 |
| 13. Account No. <br> WMC Mortgage Corp. <br> P. O. Box 551170 <br> Jacksonville, FL 32255-1170 | 1998 <br> 1st mortgage <br> 803 Flanders Road, Coventry, CT <br> Residence plus 26+ acres <br> Value: $ 265,000.00 | $ 160,544.15 | $ 0.00 |

Continuation sheet no. 1 of 1              Subtotal:   $ 657,883.82
                                            Total:  $ 1,383,755.13

In re: *Mark Crosby Lavitt* _____ / Debtor    Case No.

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### PRIORITY TYPE: Taxes and Certain Other Debts Owed to Governmental Units

| Creditor Name and Address | Claim Date and Consideration | Claim Amount | Amount with Priority and Notes* |
|---|---|---|---|
| 1. Account No.<br>Coventry Tax Collector<br>1712 Main Street<br>Coventry, CT 06238 | Municipal/city taxes | $ 0.00 | $ 0.00<br>*In Dispute |
| 2. Account No.<br>Coventry Tax Collector<br>1712 Main Street<br>Coventry, CT 06238 | 2002-03<br>Municipal/city taxes<br>2nd install-rental pty. | $ 1,900.00 | $ 1,900.00 |
| 3. Account No.<br>Massachusetts Dept. of Revenue<br>Bankruptcy Unit<br>P. O. Box 9688<br>Boston, MA 02114 | 1994<br>Municipal/city taxes | $ 2,460.03 | $ 2,460.03 |

Massachusetts Dept. of Revenue    Representing: Massachusetts Dept. of Revenue
P. O. Box 55485
Boston, MA 02205-5485

Continuation sheet no. 1 of 1

Subtotal:    $ 4,360.03
Total:    $ 4,360.03

In re: *Mark Crosby Lavitt* _____ / Debtor     Case No. _____

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

[ ] Debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS

[ ] **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. S507(a)(2).

[ ] **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4300* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. S507(a)(3).

[ ] **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. S507(a)(4).

[ ] **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $4300* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. S507(a)(5).

[ ] **Deposits by individuals**
Claims of individuals up to $1950* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. S507(a)(6).

[ ] **Alimony, Maintenance, or Support**
Claims of a spouse, former spouse, or child of the debtor, for alimony, maintenance or support, to the extent provided in 11 U.S.C. S507(a)(7).

[X] **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. S507(a)(8).

[ ] **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. S507(a)(9).

* Amounts are subject to adjustment on April 1, 2001, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

1 Continuation sheet attached

In re: *Mark Crosby Lavitt* _____ / Debtor      Case No.

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| Creditor Name and Address | Date Claim was Incurred Consideration for Claim | Claim Amount and Notes* |
|---|---|---|
| 1. Account No. Thomas Boyle P. O. Box 855 Manchester, CT 06040 | Debt | $ 4,500.00 |
| 2. Account No. Thomas Wells 10 West Street Columbia, CT 06237 | Debt | $ 5,000.00 |
| 3. Account No. John Wittenzellner P. O. Box 491 Stafford Springs, CT 06076 | Debt | Unknown |

No continuation sheets attached

Subtotal:    $ 9,500.00
Total:    $ 9,500.00

In re: *Mark Crosby Lavitt* _____ / Debtor     Case No.

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| Name and Address of Other Parties to Instrument | Notes of Contract or Lease and Debtor's Interest |
|---|---|
| Ann Cocks<br>837L Flanders Road<br>Coventry, CT | Contract type: Residential lease<br>Terms: $975/month on a month to month<br>Beginning date: 2001<br>Debtor's Interest: Lessee<br>Description: of 837L Flanders Road, Coventry, CT<br>Buyout Option: No |
| John Pulis<br>837S Flanders Road<br>Coventry, CT | Contract type: Residential lease<br>Terms: $900/month for 1 year<br>Beginning date: 5/04<br>Debtor's Interest: Lessee<br>Description: of 837S Flanders Road, Coventry, CT<br>Buyout Option: No |
| Scott Chapman & Gregory Kelleher<br>837 Flanders Road<br>Coventry, CT | Contract type: Residential lease<br>Terms: $1,050/month on a month to month<br>Beginning date: 2001<br>Debtor's Interest: Lessee<br>Description: of 837 Flanders Road, Coventry, CT<br>Buyout Option: No |

In re: *Mark Crosby Lavitt* _____ / Debtor      Case No.

## SCHEDULE H - CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
| --- | --- |

[X] Debtor has no codebtors.

In re: *Mark Crosby Lavitt* _____ / Debtor     Case No.

## SCHEDULE I-CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

DEBTOR'S MARITAL STATUS: *Married*

DEPENDENTS OF DEBTOR AND SPOUSE:

| NAME | AGE | RELATIONSHIP |
|------|-----|--------------|
| Andrea Lavitt | 45 | Wife |

EMPLOYMENT:

|  | DEBTOR | SPOUSE |
|--|--------|--------|
| Occupation: | Construction supervisor | |
| Name of Employer: | Self-employed | |
| How Long Employed: | 40 years | |
| Employer Address: | 803 Flanders Road | |
|  | Coventry, CT 06238 | |

| INCOME: | | DEBTOR | SPOUSE |
|---------|--|--------|--------|
| Current monthly gross wages, salary, and commissions | | $ 0.00 | $ |
| Estimated monthly overtime | | $ 0.00 | $ |
| SUBTOTAL | | $ 0.00 | $ |
| LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll taxes and social security | | $ 0.00 | $ |
| b. Insurance | | $ 0.00 | $ |
| c. Union dues | | $ 0.00 | $ |
| d. Other: | | $ 0.00 | $ |
| SUBTOTAL OF PAYROLL DEDUCTIONS | | $ 0.00 | $ |
| TOTAL NET MONTHLY TAKE HOME PAY | | $ 0.00 | $ |
| Regular income from operation of business or profession or farm (attach detailed statement) | | $ 4,566.09 | $ |
| Income from real property | | $ 2,925.00 | $ |
| Interest and dividends | | $ 0.00 | $ |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | | $ 0.00 | $ |
| Social security or other government assistance | | | |
| Wife's ss disability | | $ 438.00 | $ |
| Pension or retirement income | | $ 0.00 | $ |
| Other monthly income | | $ 0.00 | $ |
| TOTAL MONTHLY INCOME | | $ 7,929.09 | $ |
| TOTAL COMBINED MONTHLY INCOME | | $ 7,929.09 | |

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:
      NONE

Schedule I-Current Income Page 1 of 1

In re: *Mark Crosby Lavitt* _____ / Debtor     Case No.

## SCHEDULE J–CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

[ ] Check this box if a joint petition is filed and debtor's spouse maintains a separate
    household. Complete a separate schedule of expenditures labeled "Spouse".

| | |
|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 3,350.68 |
| Are real estate taxes included?     Yes___   No_x_ | |
| Is property insurance included?     Yes___   No_x_ | |
| Utilities: Electricity and heating fuel | $ 150.00 |
|     Water and sewer | $ 0.00 |
|     Telephone | $ 75.00 |
|     Other Rubbish removal | $ 35.00 |
| Home maintenance (repairs and upkeep) | $ 50.00 |
| Food | $ 400.00 |
| Clothing | $ 75.00 |
| Laundry and Dry cleaning | $ 10.00 |
| Medical and Dental expenses | $ 200.00 |
| Transportation (not including car payments) | $ 200.00 |
| Recreation, clubs, and entertainment, newspaper, magazines, etc. | $ 50.00 |
| Charitable contributions | $ 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
|     Homeowner's or renter's | $ 100.00 |
|     Life | $ 0.00 |
|     Health | $ 0.00 |
|     Auto | $ 212.00 |
|     Other 3rd mtg. | $ 1,250.00 |
| Taxes (not deducted from wages or included in home mortgages) | |
|     Res. real ($550), rental real ($376), auto ($40) | $ 966.00 |
| Installment payments: | |
|     Auto | $ 0.00 |
|     Other Blanket 2nd mtg. int. payment only | $ 1,250.00 |
|       State of CT installment on arrearage | $ 150.00 |
| Alimony, maintenance, and support paid to others | $ 0.00 |
| Payments for support of additional dependents not living at your home | $ 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| Other Mtg. on rental pty. | $ 1,422.82 |
|     Rental: $200-ele,$160-ins,$70-rubb,$100-mow/snow | $ 530.00 |
|     Rental: $50-repairs, $125-fuel | $ 175.00 |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ 10,651.50 |

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF CONNECTICUT

In re  *Mark Crosby Lavitt*

Case No.
Chapter 7
/ Debtor

Attorney for Debtor: Anthony S. Novak

## SUMMARY OF SCHEDULES

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 473,000.00 | | |
| B - Personal Property | Yes | 3 | $ 5,150.00 | | |
| C - Property Claimed As Exempt | Yes | 1 | | | |
| D - Creditor Holding Secured Claims | Yes | 2 | | $ 1,383,755.13 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 2 | | $ 4,360.03 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 1 | | $ 9,500.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $ 7,929.09 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 10,651.50 |

Total Number of sheets
in ALL Schedules >  14

Total Assets >  $   478,150.00

Total Liabilities >  $  1,397,615.16

In re: *Mark Crosby Lavitt* _____ / Debtor    Case No. _____

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing Summary and Schedules, consisting of 15 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date ___6 2X 0 4___    Signature _____

*Mark Crosby Lavitt, Debtor*

Penalty for making a false statement or concealing property.  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. SS 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF CONNECTICUT

In re  *Mark Crosby Lavitt*

Case No.
Chapter *7*
_____ / Debtor

Attorney for Debtor: Anthony S. Novak

## STATEMENT OF FINANCIAL AFFAIRS

### 1. Income from Employment or Operation of Business.

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this case calendar year.

Income, year to date: *$35,000 approx-Subcontract, rent income & spouse's dis.*
Last year: *$54,793-subcontract, no net rents, $1,494-int.*
Year before: *$39,084-Construction, $5,315-net rent, $41,868-lot sale,*
Source(s):

### 2. Income other than from Employment or Operation of Business.

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.

[X] None

### 3. Payments to Creditors.

a. List all payments on loans, installments, purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case.

Creditor: *WMC Mortgage Corp. (1st)*
Address: *Jacksonville, FL*
Amount paid: *$8,686.63*
Payment dates: *5/1/04, 5/31/04*
Amount owing:

```
         Creditor: Joseph Coughlin Trust (2nd)
          Address: Melbourne, FL
      Amount paid: $1,313
    Payment dates: 5/3/04
     Amount owing:
```

---

b. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.

[X] None

---

## 4. Suits and Administrative Proceedings, Executions, Garnishments and Attachments.

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.

```
            Case title: M & M Oil, LLC vs. Mark Lavitt
                Case #: SCA-H-150586
 Court/Agency location: Small Claims at Manchester
  Nature of proceeding: Collection
           Suit status: Judgment rendered
```

---

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case.

[X] None

---

## 5. Repossessions, Foreclosures and Returns.

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.

[X] None

---

## 6. Assignments and Receiverships.

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.

[X] None

_____

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.

[X] None

_____

## 7. Gifts.

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.

[X] None

_____

## 8. Losses.

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.

[X] None

_____

## 9. Payments Related to Debt Counseling or Bankruptcy.

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

                  Payee: *Boatman, Boscarino, Grasso & Twchtman*
                Address: *628 Hebron Avenue, Bldg. 3, Glastonbury, CT*
                  Addr2:
        Date of payment: *7/1/03*
                  Payor: *Debtor*
          Payment/Value: *$112.50*

_____

## 10. Other Transfers.

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as a security within one year immediately preceding the commencement of this case.

<div style="margin-left:2em">

Transferee: *22-32 Prospect Street, LLC*
Address: *Attn Paul Rosow, 125 Scarborough Street, Hartford, CT*
Relationship to debtor: *None*
Date of transfer: *5/03*
Property: *16.667% LLC member-Prospect Associates, LLC*
Value: *Debtor received $6,000-$8,000*

</div>

---

## 11. Closed Financial Accounts.

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.

[X] None

---

## 12. Safe Deposit Boxes.

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.

[X] None

---

## 13. Setoffs.

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.

[X] None

---

Statement of Affairs -- Page 4

## 14. Property held for Another Person.

List all property owned by another person that the debtor holds or controls.

[X] None

_____

## 15. Prior Address of Debtor.

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.

[X] None

_____

## 16. Nature, Location and Name of Business.

a. If the debtor is an individual, list the names and addresses of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was self-employed professional within the two years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the two years immediately preceding the commencement of this case.

b. If the debtor is a partnership, list the names and addresses of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities, within two years immediately preceding the commencement of this case.

c. If the debtor is a corporation, list the names and addresses of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities within two years immediately preceding the commencement of this case.

Debtor is: Individual/Joint.

| | |
|---|---|
| Business: | *25% member-Bidwell Village, LLC* |
| Address: | *Box 855, Manchester, CT 04045* |
| Nature of business: | *Real estate development* |
| Date of operation: | *1998 to 1/03* |

| | |
|---|---|
| Business: | *16.667% LLC Member-Prospect Associates, LLC* |
| Address: | *Box 534, Storrs, CT 06068* |
| Nature of business: | *Owner 36 garden apts. in East Hartford* |
| Date of operation: | *1985 to 5/03* |

_____

<u>17. Books, records and financial statements.</u>

a. List all bookkeepers and accountants who within the six years immediately preceding the filing of this bankruptcy case kept or supervised keeping of books of account and records of the debtor.

        Name: *Arthur L. Taylor, CPA*
     Address: *Columbia, CT*
       Dates: *Past 6 years*

b. List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

[X] None

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

            Name: *Debtor*
         Address:
 Unavailable records:

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within two years immediately preceding the commencement of this case by the debtor.

            Name: *Jewett City Savings*
         Address: *Jewett City, Ct*
 Date statement issued: *5/03 and year prior*

18. Inventories.

    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

    [X] None

    _____

    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

    [X] None

    _____

19. Current Partners, Officers, Directors and Shareholders.

    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

    [X] None

    _____

    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting securities of the corporation.

    [X] None

    _____

20. Former partners, officers, directors and shareholders.

    a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

    [X] None

    _____

    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

    [X] None

    _____

21. Withdrawals from a Partnership or Distributions by a Corporation.

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other prerequisite during one year immediately preceding the commencement of this case.

[X] None

---

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing Statement of Financial Affairs and any attachments thereto and that they are true and correct.

Date ___6 2 4 04___     Signature _____

*Mark Crosby Lavitt, Debtor*

Penalty for making a false statement or concealing property.  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. SS 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF CONNECTICUT

In re   *Mark Crosby Lavitt*

Case No.
Chapter 7
_____/ Debtor

Attorney for Debtor: Anthony S. Novak

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. I intend to do the following with respect to the property of the estate which secures those consumer debts:

a. Property to be Surrendered

| Description of Property | Creditor's Name |
|---|---|
| NONE | |

b. Property to be Retained

| Description of Property | Creditor's Name | Intention |
|---|---|---|
| 3-family-837 Flanders Rd, Coventry | WMC Mortgage Corp. | Retain |
| " | Joseph Coughlin Trust | Retain |
| " | Connecticut, State of | Retain |
| " | Internal Revenue Service | Retain |
| " | Windham Community Memorial | Retain |
| 803 Flanders Road, Coventry, CT | WMC Mortgage Corp. | Retain |
| " | Joseph Coughlin Trust | Retain |
| " | Internal Revenue Service | Retain |
| " | Connecticut, State of | Retain |
| " | C & S Distributors, Inc. | Retain |
| " | Windham Community Hospital | Retain |
| " | M & M Oil, LLC | Retain |
| " | DeSiato Sand & Gravel | Retain |

**CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION**
(Continuation Sheet)

**Signature of Debtor(s)**

Debtor:  *Mark Crosby Lavitt*

Date:

Thomas Boyle
P. O. Box 855
Manchester, CT 06040


C & S Distributors, Inc.
Attn George Tillinghast,Jr,Esq
P.O. Box 595
Glastonbury, CT 06033


Connecticut, State of
Dept. of Revenue Services
25 Sigourney Street
Hartford, CT 06106


Joseph Coughlin Trust
404 Third Avenue
Melbourne, FL


Coventry Tax Collector
1712 Main Street
Coventry, CT 06238


DeSiato Sand & Gravel
Stafford Road
Storrs, CT


Internal Revenue Service
Attn Special Procedures
135 High Street, Stop 155
Hartford, CT 06103


M & M Oil, LLC
Attn Adam Shelton, Esq.
1100 New Britain Avenue
Weset Hartford, CT 06110


Massachusetts Dept. of Revenue
Bankruptcy Unit
P. O. Box 9688
Boston, MA 02114

Massachusetts Dept. of Revenue
P. O. Box 55485
Boston, MA 02205-5485


Thomas Wells
10 West Street
Columbia, CT 06237


Windham Community Hospital
112 Mansfield Avenue
Willimantic, CT 06226


Windham Community Hospital
Attn H. Schiff, Esq.(CNF54216)
P. O. Box 280245
East Hartford, CT 06128


Windham Community Memorial
Attn H. Schiff, Esq.(CNF54216)
P. O. Box 280245
East Hartford, CT 06128


Windham Community Memorial
112 Mansfield Avenue
Willimantic, CT 06226


John Wittenzellner
P. O. Box 491
Stafford Springs, CT 06076


WMC Mortgage Corp.
P. O. Box 551170
Jacksonville, FL 32255-1170

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF CONNECTICUT

In re   *Mark Crosby Lavitt*

Case No.
Chapter 7
_____/ Debtor

Attorney for Debtor: Anthony S. Novak

## VERIFICATION OF CREDITOR MATRIX

      The above named Debtor(s) hereby verify that the attached master mailing list of creditors is true and correct to the best of our knowledge.

Dated: 6-28-04

_____
Debtor

_____
Joint Debtor