UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE : | |
| : | |
| MARK C. LAVITT : | CHAPTER 7 |
| Debtor : | CASE NO. 04-21952(rlk) |
| : | |
| MARK C. LAVITT : | |
| Movant : | |
| : | |
| vs. : | |
| : | |
| TOWN OF COVENTRY; THE FIRST : | |
| NATIONAL BANK OF CHICAGO; : | |
| JOSEPH COUGHLIN, TRUSTEE OF : | |
| THE JOSEPH F. COUGHLIN TRUST; : | |
| STATE OF CONNECTICUT, : | |
| DEPARTMENT OF REVENUE SERVICES: | |
| INTERNAL REVENUE SERVICE, : | OCTOBER 7, 2004 |
| UNITED STATES OF AMERICA; : | |
| C&S DISTRIBUTORS, INC.; : | |
| WINDHAM COMMUNITY MEMORIAL : | |
| HOSPITAL; M&M OIL, LLC : | |
| Respondents : | |

MOTION TO AVOID LIENS IMPAIRING EXEMPTION
ON 837 FLANDERS ROAD, COVENTRY, CT
PURSUANT TO 11 U.S.C. 522(f)

1. On June 28, 2004, the Movant, Mark C. Lavitt (hereinafter referred to as "Movant"), filed a petition for

-1-

relief under Chapter 7 of the Title 11 of the United States Code. The case was filed in the United States Bankruptcy Court, District of Connecticut at Hartford, and has been given case number 04-21952.

2. An asset of the Movant's bankruptcy estate consists of the Debtor's interest in property known as 837 Flanders Road, Coventry, Connecticut (hereinafter "Real Property") as more particularly described in Vol. 152 at Pg. 350 of the Coventry Land Records and Vol. 527 at Pg. 339 of the Coventry Land Records. This property was separated and subdivided from a larger parcel described in Vol. 152 at Pg. 350.

3. At the time of the filing of the bankruptcy petition, 837 Flanders Road, Coventry, CT consisting of a 3 family house plus 1+/- acre (the "Real Property") was subject to the following encumbrances:

    a. The Town of Coventry claims an interest in the property by virtue of an inchoate lien against the property for real estate taxes on the Grand List of October, 2003 in the approximate amount of $3,976.12.

-2-

b. A mortgage in favor of WMC Mortgage Corporation in the original principal amount of $95,400.00 dated June 29, 1998 and recorded June 29, 1998 in Vol. 616 at Pg. 320 of the Coventry Land Records. Said mortgage was assigned to The First National Bank of Chicago, as Trustee by instrument dated July 5, 2000 and recorded August 21, 2000 in Vol. 679 at Pg. 168 of the Coventry Land Records. At the time of the filing of the petition, this mortgage had a current balance of approximately $94,900.00.

c. A mortgage in favor of Joseph Coughlin, Trustee of the Joseph F. Coughlin Trust of Melbourne Beach, Florida in the original principal amount of $100,000.00 dated July 29, 1998 and recorded June 29, 1998 in Vol. 616 at Pg. 335 of the Coventry Land Records. At the time of the filing of the petition, this mortgage had a current balance of approximately $100,000.00. (This Mortgage is also a blanket mortgage on 803 Flanders Road, Coventry, CT).

d. An Attachment in favor of C&S Distributors, Inc. in the amount of $18,000.00 dated September 15, 1994 and recorded September 15, 1994 in Vol. 527 at Pg. 106 of the Coventry Land Records and a judgment lien in favor of C&S Distributors, Inc. in the amount of $17,883.00 plus costs dated June 23, 1998 and recorded June 29, 1998 in Vol. 616 at Pg. 340 of the Coventry Land Records.

e. Certificate of Tax Lien in favor of the State of Connecticut, together with interest and fees thereon in the amount of $22,612.59 dated March 30, 1998 and recorded April 7, 1998 in Vol. 609 at Pg. 170 of the Coventry Land Records; subject to a Subordination Agreement by Mark Lavitt and State of Connecticut to WMC Mortgage Corporation, Joseph Coughlin, Trustee and C&S Distributors, Inc. dated June 29, 1998 and

-3-

      recorded July 2, 1998 in Vol. 617 at Pg. 142 of the Coventry Land Records.

f. Certificate of Tax Lien in favor of the State of Connecticut in the amount of $18,906.43, together with interest and fees thereon, dated May 15, 2001 and recorded May 23, 2001 in Vol. 705 at Pg. 88 of the Coventry Land Records.

g. Certificate of Tax Lien in favor of the Internal Revenue Service, United States of America in the amount of $187,090.47 together with interest and fees thereon, dated June 8, 1998 and recorded June 10, 1998 in Vol. 614 at Pg. 285 of the Coventry Land Records.

h. Certificate of Tax Lien in favor of the Internal Revenue Service, United States of America in the amount of $191,829.41 together with interest and fees thereon, dated September 3, 1998, and recorded September 9, 1998 in Vol. 623 at Pg. 207 of the Coventry Land Records.

i. Certificate of Tax Lien in favor of the Internal Revenue Service, United States of America in the amount of $1,271.07 together with interest and fees thereon, dated November 25, 1998 and recorded November 30, 1998 in Vol. 630 at Pg. 205 of the Coventry Land Records.

j. Certificate of Tax Lien in favor of the Internal Revenue Service, United States of America in the amount of $8,546.12, together with interest and fees thereon, dated February 12, 2001 and recorded February 14, 2001 in Vol. 693 at Pg. 274 of the Coventry Land Records.

CHORCHES & NOVAK, P.C. • ATTORNEYS AND COUNSELLORS AT LAW
1260 S LAS DEANE HIGHWAY • WETHERSFIELD, CT 06109-4331
(860) 257 1980 • JURIS NO. 403859

    k.    Certificate of Tax Lien in favor of the Internal Revenue Service, United States of America in the amount of $23,246.05, together with interest and fees thereon, dated August 18, 2003 and recorded August 20, 2003 in Vol. 840 at Pg. 63 of the Coventry Land Records.

    l.    A judgment lien in favor of Windham Community Memorial Hospital in the amount of $1,739.67 plus costs dated December 13, 2001 and recorded January 29, 2002 in Vol. 740 at Pg. 323 of the Coventry Land Records.

    m.    A judgment lien in favor of M & M Oil, LLC in the amount of $1,070.34 plus costs dated November 18, 2003 and recorded December 8, 2003 in Vol. 863 at Pg. 49 of the Coventry Land Records.

5. At the time of the filing of the Chapter 7 petition, the Movant's interest in the Real Property had a value of $208,000.00 as set forth in a written professional appraisal report dated October 8, 2003, by Morra Associates. Said appraisal is attached hereto as Exhibit A.

6. The Movant has claimed as exempt, pursuant to 11 USC §522(d)(5), his interest in the Real Property in the amount of $1,000.00.

7. The Judgment Liens on the Real Property as set forth in Paragraph 4(l) and (m) are judicial liens and nonpossessory

CHORCHES & NOVAK, P.C. • ATTORNEYS AND COUNSELLORS AT LAW
1260 SILAS DEANE HIGHWAY • WETHERSFIELD, CT 06109-4331
(860) 257-1980 • JURIS No 403859

money in nature and impairs the Movant's homestead exemption as follows:

| | |
|---|---|
| Fair Market Value per appraisal on date of filing: | $ 208,000.00 |
| Town of Coventry Tax Lien | -$ 3,976.12 |
| | $204,023.88 Bal. |
| State of Connecticut Tax Lien | $ 18,682.20 |
| | $185,341.68 Bal. |
| Mortgage in favor of WMC Mortgage | -$ 94,900.00 |
| | $ 90,441.68 Bal. |
| Mortgage in favor of Joseph Coughlin (Balance of blanket mortgage unsecured on 803 Flanders Road, Coventry, CT | -$ 45,879.19 |
| | $ 44,562.49 |
| Attachment/Judgment Lien of C&S Distributors | -$ 17,883.00 |
| | $ 26,679.49 Bal |
| State of Connecticut Tax Lien | -$ 22,612.59 |
| | $ 4,066.90 Bal |
| State of Connecticut Tax Lien | -$ 18,906.43 |
| | -$ 14,839.53 |

All remaining liens, attachments and encumbrances are undersecured and impair the Debtor's exemption:

| | |
|---|---|
| IRS Tax Lien | -$187,090.47 |
| IRS Tax Lien | -$191,829.41 |
| IRS Tax Lien | -$ 1,271.07 |
| IRS Tax Lien | -$ 8,546.12 |
| IRS Tax Lien | -$ 23,246.05 |
| Judgment Lien by Windham Comm. Memorial Hosp. | -$ 1,739.67 |
| Judgment Lien by M&M Oil, Inc. | $ 1,070.34 |

-6-

8. The Debtor is seeking to have declared void the judgment liens which impair his exemption.

WHEREFORE, the Movant prays for the following relief:

1. An Order of the Court to set aside the judgment liens of Windham Community Memorial Hospital and M&M Oil, LLC as further set forth in Paragraph 4 (l) and (m) of this motion; and

2. Any and all other relief the Court may deem just and equitable.

Dated at Wethersfield in said District this 7 day of October, 2004.

> MARK C. LAVITT
> Movant/Debtor
>
> By /s/ Anthony S. Novak
> Anthony S. Novak
> Fed. Bar. #ct09074
> Chorches & Novak, P.C.
> 1260 Silas Deane Highway
> Wethersfield, CT 061097
> (860) 257-1980
> His Attorneys

-7-